COOLEY GODWARD KRONISH LLP
Ronald R. Sussman (RS 0641)
Gregory Plotko (GP 9234)
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: 212-479-6063
Facsimile: 212-479-6275
E-mail: rsussman@cooley.com

*Attorneys for Defendants S&H Marketing, Inc.*
 *f/k/a S&H Greenpoints, Inc., and*
*The Sperry and Hutchinson Company, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST,<br><br>                      Plaintiffs,<br><br>-against-<br><br>S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC.,<br><br>                      Defendants. | 08 Civ. 2483 (GBD)<br><br>**ELECTRONICALLY FILED**<br><br>**DEFENDANTS S&H MARKETING, INC. AND THE SPERRY AND HUTCHINSON COMPANY, INC.'S NOTICE OF MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of S&H Marketing, Inc. and The Sperry and Hutchinson Company, Inc.'s Motion to Transfer Venue to the Central District of California, the Declaration of Thomas Lumsden, the Declaration of Ronald R. Sussman, Esq., and the exhibits attached thereto, defendants S&H Marketing, Inc. and The Sperry and Hutchinson Company, Inc. will move this Court, before the Honorable George B. Daniels, at the United States Courthouse for the Southern District of New York,

1424133 v1/NY

located at 500 Pearl Street, New York, New York 10007, on a date and time to be set by the

Court, pursuant to 28 U.S.C. §§ 1404, 1409, and 1452, for an Order transferring this action to the

Central District of California, and for any other, further relief as this Court may deem just,

proper and equitable.

Dated:  March 14, 2008
       New York, New York

                                  COOLEY GODWARD KRONISH LLP

                                  By: /s/ Ronald R. Sussman
                                      Ronald R. Sussman (RS 0641)
                                      Gregory Plotko (GP 9234)

                                  The Grace Building
                                  1114 Avenue of the Americas
                                  New York, New York 10036-7798
                                  Telephone:  212-479-6063
                                  Facsimile:  212-479-6275
                                  E-mail:  rsussman@cooley.com

                                  *Attorneys for Defendants S&H Marketing, Inc. f/k/a S&H Greenpoints, Inc., and The Sperry and Hutchinson Company, Inc.*

To:    Andrew T. Solomon, Esq.
        SULLIVAN & WORCESTER LLP
        1290 Avenue of the Americas, 29th Floor
        New York, New York 10104
        (212) 660-3000

        *Attorneys for Plaintiffs Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T. Freeman, Graham Gund, Henry A. Jordan, Jennifer C. McNeil, J. Stuart Moore, and Carl Novotny, Trustee of the S&H Nominee Trust*

1424133 v1/NY                     2