COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
Ronald R. Sussman (RS-0641)
Gregory G. Plotko (GP9234)

*Attorneys for Defendants S&H Marketing, Inc. f/k/a S&H Greenpoints, Inc. and The Sperry and Hutchinson Company, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL,  J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST,**<br><br>           Plaintiffs,<br><br>          -against-<br><br>**S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC.,**<br><br>           Defendants. | 08 Civ. 2483 (GBD)<br><br>**ELECTRONICALLY FILED** |

**CERTIFICATE OF SERVICE**

      I, BRIAN W. BYUN, do hereby certify that on March 14, 2008, I caused a true copy of **(1) Defendants S&H Marketing, Inc. And The Sperry And Hutchinson Company, Inc.'s Notice Of Motion To Transfer Venue To The Central District Of California; (2) Memorandum Of Law In Support Of S&H Marketing, Inc. And The Sperry And Hutchinson Company, Inc.'s Motion To Transfer Venue To The Central District Of California; (3) Declaration Of Thomas Lumsden In Support Of Defendants S&H Marketing, Inc. And The Sperry And Hutchinson Company, Inc.'s Motion To Transfer**

1424043 v1/NY

**Venue To The Central District Of California; and (4) Declaration Of Ronald R. Sussman In Support Of Defendants S&H Marketing, Inc. And The Sperry And Hutchinson Company, Inc.'s Motion To Transfer Venue To The Central District Of California** to be served via hand delivery upon Andrew T. Solomon, Esq., Sullivan & Worchester LLP, 1290 Avenue of the Americas, 29th Floor, New York, New York  10104 and was received and signed by W. Allegart.

                                                  s/ Brian W. Byun
                                                  BRIAN W. BYUN