COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
Ronald R. Sussman (RS-0641)
Gregory G. Plotko (GP9234)

*Attorneys for Defendants S&H Marketing, Inc. f/k/a S&H Greenpoints, Inc. and The Sperry and Hutchinson Company, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL,  J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST, <br><br>                    **Plaintiffs,** <br><br> -against- <br><br> S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC., <br><br>                    **Defendants.** | 08 Civ. 2483 (GBD) <br><br> **ELECTRONICALLY FILED** |

**CERTIFICATE OF SERVICE**

I, Gregory G. Plotko, do hereby certify that on March 17, 2008, I caused a true copy of the **Answer** to be served via overnight courier and regular first class mail and delivery upon Andrew T. Solomon, Esq., Sullivan & Worchester LLP, 1290 Avenue of the Americas, 29th Floor, New York, New York  10104.

                                        s/ Gregory G. Plotko
                                        GREGORY G. PLOTKO

1424043 v2/ NY