SULLIVAN & WORCESTER LLP
Andrew T. Solomon (AS 9200)
Pamela Smith Holleman (PH 4465)
1290 Avenue of the Americas
New York, NY  10104
Tel. 212-660-3000
Fax 212-660-3001

*-and-*

Laura Steinberg
Lesley M. Varghese
One Post Office Square
Boston, MA  02109
Tel. 617-338-2800
Fax 617-338-2880

*Counsel to Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST, <br><br>       Plaintiffs, <br><br>   -against- <br><br>S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC., <br><br>       Defendants. | 08 Civ. 2483 (GBD) <br><br> **ELECTRONICALLY FILED** |

**Plaintiffs' Statement Pursuant to Federal Bankruptcy Rule 9027(e)(3)**

    Walter Beinecke, et al., plaintiffs in the above-referenced action ("Plaintiffs"), by their

attorneys, Sullivan & Worcester LLP, submit this statement pursuant to Rule 9027(e)(3) of the

Federal Rules of Bankruptcy Procedure.

The underlying case is a non-core proceeding, between non-debtors, that is governed exclusively by state law. Due, *inter alia*, to the exclusively state law nature of the issues raised herein, Plaintiffs expect timely to object to the removal of this case from State Court and to seek by motion a remand back to the State Court. Plaintiffs therefore do not consent to entry of final orders or judgment by a bankruptcy judge.

This Statement is timely as it will be filed within ten days of the filing of the Notice of Removal. It is respectfully submitted in advance of Plaintiffs' anticipated motion for an order remanding this proceeding back to State Court.


Dated: New York, New York
       March 21, 2008

                                                             _s/_____
                                                             Andrew T. Solomon
                                                             SULLIVAN & WORCESTER LLP
                                                             1290 Avenue of the Americas, 29th Floor
                                                             New York, New York 10104
                                                             (212) 660-3000

                                                             *Counsel to Plaintiffs*

*Of counsel*:

Laura Steinberg
Pamela S. Holleman
Lesley M. Varghese
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800