Andrew T. Solomon (AS9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000 (phone)
(212) 660-3001 (fax)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER BEINECKE, III, EAGLIS ALTERNATIVE
INVESTMENTS I, LLC, GEOFFREY T. FREEMAN,
GRAHAM GUND, HENRY A. JORDAN, JENNIFER
C. McNEILL, J. STUART MOORE, and CARL
NOVOTNY, TRUSTEE of the S&H NOMINEE
TRUST,

                    Plaintiffs,

            -against-

S&H MARKETING, INC. f/k/a S&H GREENPOINTS,
INC., and THE SPERRY AND HUTCHINSON
COMPANY, INC.,

                    Defendants.

Case No. 08 CV 2483 (GBD)



**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Andrew T. Solomon, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

      Laura Steinberg
      SULLIVAN & WORCESTER LLP
      One Post Office Square
      Boston, MA 02109
      Telephone: (617) 338-2800
      Facsmile:  (617) 338-2880
      Email:  *lsteinberg@sandw.com*

Laura Steinberg is a member in good standing of the bar of the Commonwealth of

{N0111116; 2}

Massachusetts (since 1972).  She is admitted to practice before the U.S. District Court for the

District of Massachusetts, the U.S. District Court for the District of Rhode Island, the U.S.

District Court for the Eastern District of Wisconsin, the U.S. Court of Federal Claims, the U.S.

Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S.

Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Tenth Circuit, the

U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United

States.

There are no disciplinary proceedings against Laura Steinberg pending in any State or

Federal Court.

Dated: New York, New York
   March 25, 2008

Respectfully Submitted,

_____

Andrew T. Solomon (AS9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY  10104
Telephone:  (212) 660-3000
Facsimile:  (212) 660-3001
*Attorneys for Plaintiffs*

Andrew T. Solomon (AS9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEILL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST, | Case No. 08 CV 2483 (GBD) |
| Plaintiffs, | |
| -against- | **AFFIDAVIT OF ANDREW T. SOLOMON IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |
| S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC., | |
| Defendants. | |

STATE OF NEW YORK     )
                                           )     ss.:
COUNTY OF NEW YORK  )

        ANDREW T. SOLOMON, being duly sworn, deposes and says:

        1.  I am a partner of the law firm Sullivan & Worcester LLP, attorneys for plaintiffs

Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T. Freeman, Graham

Gund, Henry A. Jordan, Jennifer C. McNeill, J. Stuart Moore, and Carl Novotny, Trustee of the

S& H Nominee Trust ("Plaintiffs"), in the above captioned action.  I am familiar with the

proceedings in this case.  I make this statement based on my personal knowledge of the facts set

{N0111114; 2}

forth herein and in support of Plaintiffs' motion to admit Laura Steinberg as counsel pro hac vice to represent Plaintiffs in this matter.

2.   I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1996.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Ms. Steinberg since 1998.

4.   Ms. Steinberg is a member of the law firm Sullivan & Worcester LLP.

5.   I have found Ms. Steinberg to be a skilled attorney and a person of integrity.  She has been a member in good standing of the bar of the Commonwealth of Massachusetts since 1972. She is admitted to practice before the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of Rhode Island, the U.S. District Court for the Eastern District of Wisconsin, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Tenth Circuit, the  U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States.

6.   Accordingly, I am pleased to move the admission of Laura Steinberg, pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Laura Steinberg, pro hac vice, which is attached hereto as Exhibit A.

2

WHEREFORE, it is respectfully requested that the motion to admit Laura Steinberg, pro hac vice, to represent Plaintiffs in this action, be granted.

_____
ANDREW T. SOLOMON (AS9200)

Sworn to before me this
25th day of March 2008

Notary Public

BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20 _11_

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL, J. STUART MOORE,  and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST., | Index  No. 08-cv-2483 |

Plaintiffs,

-against-

S&W MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRRY AND HUTCHINGSON COMPANY, INC.,

Defendants.

1.  Brian Cooley, being duly sworn, deposes and says: I am over eighteen years of age and I am not a party to this action.

2.  On March 25, 2008, I served true and correct copies of the NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE  for both LAURA STEINBERG, ESQ. and JOSHUA L. SOLOMON, ESQ. of Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109, Telephone: (617) 338-2800 and Facsimile: (617) 338-2880 upon counsel for Defendants BY FACSIMILE to their attorney at the address/facsimile number set forth below:

Gregory Plotko
COOLEY GODWARD KRONISH, LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: (212) 479-6146
Facsimile: (212)-479-6725
Email: gplotko@cooley.com

Brian Cooley

Sworn to before me this
25th day of March 2008

Notary Public

Cyril Derzie
Notary Public, State of New York
No # 02DE6127675
Qualified in Nassau County
Commission Expires 5/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER BEINECKE, III, EAGLIS ALTERNATIVE
INVESTMENTS I, LLC, GEOFFREY T. FREEMAN,
GRAHAM GUND, HENRY A. JORDAN, JENNIFER
C. McNEILL, J. STUART MOORE, and CARL
NOVOTNY, TRUSTEE of the S&H NOMINEE
TRUST,

               Plaintiffs,

        -against-

S&H MARKETING, INC. f/k/a S&H GREENPOINTS,
INC., and THE SPERRY AND HUTCHINSON
COMPANY, INC.,

               Defendants.

Case No. 08 CV 2483 (GBD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

      Upon the motion of Andrew T. Solomon, a partner of Sullivan & Worcester LLP,

attorneys for plaintiffs Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T.

Freeman, Graham Gund, Henry A. Jordan, Jennifer C. McNeill, J. Stuart Moore, and Carl

Novotny, Trustee of the S&H Nominee Trust, and said sponsor attorney's affidavit in support;

      IT IS HEREBY ORDERED that

      Laura Steinberg
      Sullivan & Worcester LLP
      One Post Office Square
      Boston, MA 02109
      Telephone/Fax:  (617) 338-2800 / (617) 338-2880
      Email:  *lsteinberg@sandw.com*

is admitted to practice pro hac vice on behalf of plaintiffs Walter Beinecke, III, et al. in the

within case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this court are subject to the Local Rules of this Court, including the

rules governing the discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, and counsel does not already have an ECF password, counsel shall immediately

apply for one at <u>nysd.uscourts.gov</u>.  Counsel shall forward the pro hac vice fee to the Clerk of

Court.


Dated: March ___, 2008
       New York, New York

                                              _____

                                              HONORABLE GEORGE B. DANIELS
                                              UNITED STATES DISTIRCT JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1972**, said Court being the highest Court of Record in said Commonwealth:

## Laura Steinberg

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **March** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116