Andrew T. Solomon (AS9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000 (phone)
(212) 660-3001 (fax)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEILL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST,

    Plaintiffs,

-against-

S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC.,

    Defendants.

Case No. 08 CV 2483 (GBD)

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew T. Solomon, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

    Joshua L. Solomon
    SULLIVAN & WORCESTER LLP
    One Post Office Square
    Boston, MA 02109
    Telephone: (617) 338-2800
    Facsmile:  (617) 338-2880
    Email: jsolomon@sandw.com

{N0111115; 1}

Joshua L. Solomon has been a member in good standing of the bar of the Commonwealth of Massachusetts since 2004. He is admitted to practice before the U.S. District Court, District of Massachusetts, the U.S. District Court for the Northern District of Illinois, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Ninth Circuit, and U.S. Court of Appeals for the Federal Circuit.

There are no disciplinary proceedings against Joshua L. Solomon pending in any State or Federal Court.

Dated: New York, New York
March 25, 2008

Respectfully Submitted,

_____
Andrew T. Solomon (AS9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
*Attorneys for Plaintiffs*

Andrew T. Solomon (AS9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEILL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 08 CV 2483 (GBD)<br><br>**AFFIDAVIT OF<br>ANDREW T. SOLOMON<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br><u>PRO HAC VICE</u>** |

STATE OF NEW YORK　)
　　　　　　　　　　) ss.:
COUNTY OF NEW YORK )

ANDREW T. SOLOMON, being duly sworn, deposes and says:

1. I am a partner of the law firm Sullivan & Worcester LLP, attorneys for plaintiffs Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T. Freeman, Graham Gund, Henry A. Jordan, Jennifer C. McNeill, J. Stuart Moore, and Carl Novotny, Trustee of the S& H Nominee Trust ("Plaintiffs"), in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set

{N0111113; 1}

forth herein and in support of Plaintiffs' motion to admit Joshua L. Solomon as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Joshua L. Solomon since 2004.

4. Mr. Solomon is an associate of the law firm Sullivan & Worcester LLP. I have found Mr. Solomon to be a skilled attorney and a person of integrity. He has been a member in good standing of the bar of the Commonwealth of Massachusetts since 2004. He is admitted to practice before the U.S. District Court, District of Massachusetts, the U.S. District Court for the Northern District of Illinois, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Ninth Circuit, and U.S. Court of Appeals for the Federal Circuit.

5. Accordingly, I am pleased to move the admission of Joshua L. Solomon, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Joshua L. Solomon, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mr. Solomon, pro hac vice, to represent Plaintiffs in this action, be granted.

_____
ANDREW T. SOLOMON (AS9200)

Sworn to before me this
25th day of March 2008

_____
Notary Public

BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20_1_

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER BEINECKE, III, EAGLIS
ALTERNATIVE INVESTMENTS I, LLC,
GEOFFREY T. FREEMAN, GRAHAM GUND,
HENRY A. JORDAN, JENNIFER C. McNEIL, J.
STUART MOORE, and CARL NOVOTNY,
TRUSTEE of the S&H NOMINEE TRUST.,

          Plaintiffs,

-against-

S&W MARKETING, INC. f/k/a S&H
GREENPOINTS, INC., and THE SPERRRY AND
HUTCHINGSON COMPANY, INC.,

          Defendants.

Index No. 08-cv-2483

1. Brian Cooley, being duly sworn, deposes and says: I am over eighteen years of age and I am not a party to this action.

2. On March 25, 2008, I served true and correct copies of the NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE for both LAURA STEINBERG, ESQ. and JOSHUA L. SOLOMON, ESQ. of Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109, Telephone: (617) 338-2800 and Facsimile: (617) 338-2880 upon counsel for Defendants BY FACSIMILE to their attorney at the address/facsimile number set forth below:

    Gregory Plotko
    COOLEY GODWARD KRONISH, LLP
    The Grace Building
    1114 Avenue of the Americas
    New York, New York 10036-7798
    Telephone: (212) 479-6146
    Facsimile: (212)-479-6725
    Email: gplotko@cooley.com

                                                   Brian Cooley

Sworn to before me this
25th day of March 2008

_____
Notary Public
Cyril Defzie
Notary Public, State of New York
No # 02DE6127675
Qualified in Nassau County
Commission Expires 5/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEILL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC.,<br><br>Defendants. | Case No. 08 CV 2483 (GBD)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br><u>ON WRITTEN MOTION</u>** |

Upon the motion of Andrew T. Solomon, a partner of Sullivan & Worcester LLP, attorneys for plaintiffs Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T. Freeman, Graham Gund, Henry A. Jordan, Jennifer C. McNeill, J. Stuart Moore, and Carl Novotny, Trustee of the S&H Nominee Trust, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Joshua L. Solomon
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Telephone/Fax: (617) 338-2800 / (617) 338-2880
Email: jsolomon@sandw.com

is admitted to practice pro hac vice on behalf of plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

{N0110910; 1}

If this action is assigned to the Electronic Case Filing (ECF) system, and counsel does not already have an ECF password, counsel shall immediately apply for one at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March __, 2008
      New York, New York

                                            HONORABLE GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **March** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

**Joshua L. Solomon**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **March** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116