SULLIVAN & WORCESTER LLP
Andrew T. Solomon (AS 9200)
Pamela Smith Holleman (PH 4465)
1290 Avenue of the Americas
New York, NY  10104
Tel. 212-660-3000
Fax 212-660-3001

*-and-*

Laura Steinberg
Lesley M. Varghese
One Post Office Square
Boston, MA  02109
Tel. 617-338-2800
Fax 617-338-2880

*Counsel to Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST,<br><br>        Plaintiffs,<br><br>    -against-<br><br>S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC.,<br><br>        Defendants. | 08- Civ. 2483 (GBD)<br><br>**ELECTRONICALLY FILED**<br><br>**NOTICE OF MOTION FOR <u>ABSTENTION AND REMAND</u>** |

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law and supporting declaration and upon all prior proceedings herein, plaintiffs Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T. Freeman, Graham Gund, Henry A. Jordan, Jennifer

C. McNeil, J. Stuart Moore, and Carl Novotny, Trustee of the S&H Nominee Trust ("Plaintiffs"), by their undersigned counsel, Sullivan & Worcester LLP, will move this Court before the Honorable George B. Daniels, United States District Judge, in Courtroom 630 of the United States Courthouse located at 500 Pearl Street, New York, New York for an Order of remand, or alternatively abstention and subsequent remand, to the Supreme Court of New York for New York County pursuant to 28 U.S.C. Sections 1334, 1447 and 1452.

Pursuant to Local Rule 6.1, opposition papers shall be served within 10 days of service of the moving papers and Plaintiffs' reply papers shall be served within 5 days after service of the answering papers.

Dated: New York, New York         SULLIVAN & WORCESTER LLP
       March 28, 2007

                                  By: /s/_____
                                      Andrew T. Solomon (AS 9200)
                                      1290 Avenue of the Americas, 29th Floor
                                      New York, NY 10104
                                      (212) 660-3000

                                      *Attorneys for Plaintiffs*

*Of counsel*:

Laura Steinberg
Pamela S. Holleman
Lesley M. Varghese
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

SULLIVAN & WORCESTER LLP
Andrew T. Solomon (AS 9200)
Pamela Smith Holleman (PH 4465)
1290 Avenue of the Americas
New York, NY  10104
Tel. 212-660-3000
Fax 212-660-3001

*-and-*

Laura Steinberg
Lesley M. Varghese
One Post Office Square
Boston, MA  02109
Tel. 617-338-2800
Fax 617-338-2880
*Counsel to Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST, | ) ) ) ) ) ) ) ) ) | 08- Civ. 2483 (GBD) **ELECTRONICALLY FILED** **[PROPOSED] ORDER** |
| Plaintiffs, | ) ) | |
| -against- | ) ) | |
| S&H MARKETING, INC. F/K/A S&H GREENPOINTS, INC. and THE SPERRY AND HUTCHINSON COMPANY, INC., Defendants. | **)** **)** **)** **)** ) ) ) | |

WHEREAS, defendants S&H Marketing, Inc. ("S&H") and The Sperry and

Hutchinson Company, Inc. ("Sperry," together with S&H, the "Defendants") removed this

matter from the Supreme Court of New York for New York County to this Court on March 11,

2008;

- 2 -

WHEREAS, plaintiffs Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T. Freeman, Graham Gund, Henry A. Jordan, Jennifer C. McNeil, J. Stuart Moore, and Carl Novotny, Trustee of the S&H Nominee Trust ("Plaintiffs") filed their Motion for Abstention and Remand pursuant to 28 U.S.C. Sections 1334, 1447 and 1452 and accompanying Memorandum of Law and supporting declarations (together, the "Motion") on March 28, 2008;

NOW, upon consideration of Plaintiffs' Motion and upon all other filings in this action, it is hereby:

ORDERED that Plaintiffs' Motion is Granted;

ORDERED that this case be remanded to the Supreme Court of the State of New York;

ORDERED that the Clerk of this court is directed to prepare a certified copy of this Order and mail it to the Clerk of the Supreme Court of the State of New York.

Dated: _____     _____
                                    THE HONORABLE GEORGE B. DANIELS
                                    United States District Judge