UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER BEINECKE, III, EAGLIS ALTERNATIVE
INVESTMENTS I, LLC, GEOFFREY T. FREEMAN,
GRAHAM GUND, HENRY A. JORDAN, JENNIFER
C. McNEILL, J. STUART MOORE, and CARL
NOVOTNY, TRUSTEE of the S&H NOMINEE
TRUST,

                Plaintiffs,

-against-

S&H MARKETING, INC. f/k/a S&H GREENPOINTS,
INC., and THE SPERRY AND HUTCHINSON
COMPANY, INC.,

                Defendants.



Case No. 08 CV 2483 (GBD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Andrew T. Solomon, a partner of Sullivan & Worcester LLP, attorneys for plaintiffs Walter Beinecke, III, Eaglis Alternative Investments I, LLC, Geoffrey T. Freeman, Graham Gund, Henry A. Jordan, Jennifer C. McNeill, J. Stuart Moore, and Carl Novotny, Trustee of the S&H Nominee Trust, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Joshua L. Solomon
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Telephone/Fax: (617) 338-2800 / (617) 338-2880
Email: jsolomon@sandw.com

is admitted to practice pro hac vice on behalf of plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

{N0110910.1}

If this action is assigned to the Electronic Case Filing (ECF) system, and counsel does not already have an ECF password, counsel shall immediately apply for one at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 31, 2008
New York, New York

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**  APR 0 1 2008