UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER BEINECKE, III, EAGLIS
ALTERNATIVE INVESTMENTS I, LLC,
GEOFFREY T. FREEMAN, GRAHAM GUND,
HENRY A. JORDAN, JENNIFER C. McNEIL,
J. STUART MOORE, and CARL NOVOTNY,
TRUSTEE of the S&H NOMINEE TRUST,

08 Civ. 2483 (GBD)

ELECTRONICALLY FILED

STIPULATION EXTENDING TIME

                    Plaintiffs,

          -against-

S&H MARKETING, INC. f/k/a S&H
GREENPOINTS, INC., and THE SPERRY AND
HUTCHINSON COMPANY, INC.,

                    Defendants.

          IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that certain

deadlines in this matter will be extended as follows:

          1.     The time Defendants shall have to serve and file their reply in further support of

their Motion to Transfer Venue to the Central District of California is hereby extended through

and including Monday, April 14, 2008.

          2.     The time Defendants shall have to serve and file their response to Plaintiffs'

Motion for Abstention and Remand is hereby extended through and including Tuesday, April 22,

2008.

          3.     The time Plaintiffs shall have to serve and file their reply in further support of

their Motion for Abstention and Remand is hereby extended through and including Tuesday,

April 29, 2008.

          No prior extensions of time have been sought or granted.

Dated: April 4, 2008
       New York, New York

SULLIVAN & WORCESTER LLP

By: _Laura Steinberg /S_____

Laura Steinberg
Pamela S. Holleman
Lesley M. Varghese

One Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
E-mail: lsteinberg@sandw.com

Andrew T. Solomon
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
E-mail: asolomon@sandw.com

*Attorneys for Plaintiffs*

O'MELVENY & MYERS LLP

By: _____

Gary Svirsky

Times Square Tower
7 Times Square
New York, New York 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061
E-mail: gsvirsky@omm.com

*Attorneys for Defendants*

SO ORDERED

Dated: April __, 2008

**APR 0 8 2008**

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER BEINECKE, III, EAGLIS ALTERNATIVE INVESTMENTS I, LLC, GEOFFREY T. FREEMAN, GRAHAM GUND, HENRY A. JORDAN, JENNIFER C. McNEIL, J. STUART MOORE, and CARL NOVOTNY, TRUSTEE of the S&H NOMINEE TRUST, | 08 Civ. 2483 (GBD) **ELECTRONICALLY FILED** **PROPOSED ORDER** |
| Plaintiffs, | |
| -against- | |
| S&H MARKETING, INC. f/k/a S&H GREENPOINTS, INC., and THE SPERRY AND HUTCHINSON COMPANY, INC., | |
| Defendants. | |

UPON the Notice of Substitution of Counsel on Consent for Defendants S&H Marketing, Inc. f/k/a S&H Greenpoints, Inc., and The Sperry and Hutchinson Company, Inc. (collectively "S&H"), executed by prior counsel Ronald R. Sussman of Cooley Godward Kronish LLP, Stephan Thomas, President of S&H, and Gary Svirsky and Peter Herrick of O'Melveny & Myers LLP; and upon the supporting Declaration of Gary Svirsky, dated April 4, 2008

IT IS ORDERED that O'Melveny & Myers LLP be substituted for Cooley Godward Kronish LLP as attorneys of record for S&H.

IT IS FURTHER ORDERED that the appearance of O'Melveny & Myers LLP as counsel in this case shall be entered on the Court's docket. A notation of Gary Svirsky and Peter Herrick for O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square, New York, NY 10036, will be made on the roll of attorneys for the above-captioned case.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of

record in this case.

Dated: April 4, 2008
       New York, New York

APR 0 8 2008

_____
Honorable George B. Daniels
United States District Judge

2

## SERVICE LIST

By Overnight Mail

Andrew T. Solomon, Esq.
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY  10104
Telephone: (212) 660-3000
Email: asolomon@sandw.com

*Attorney for Plaintiffs Walter Beinecke, III, Eaglis
Alternative Investments I, LLC, Geoffrey T. Freeman,
Graham Gund, Henry A. Jordan, Jennifer C. McNeil, J.
Stuart Moore, and Carl Novotny, Trustee of the S&H
Nominee Trust*

By Overnight Mail

Ronald R. Sussman
COOLEY GODWARD KRONISH LLP
The Grace Building
1114 Avenue of the Americas
New York, NY  10036
Telephone: (212) 479-6060
Email: rsussman@cooley.com

3