

## SULLIVAN & WORCESTER

April 28, 2008

By Fax: 212.805-6737
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: <u>Walter Beinecke, III v. S&H Marketing, Inc.</u>, 08 CV 2483(GBD)

Dear Judge Daniels:

This firm represents the plaintiffs in the referenced action. We write with the consent of counsel for defendants to request a brief adjournment of our clients' time to file reply papers in further support of their Motion for Abstention and Remand.

Pursuant to the Stipulation Extending Time, so-ordered by the Court on April 8, 2008 (and docketed as Document #21), plaintiffs' deadline to file their reply papers is April 29, 2008. We now seek an adjournment to May 7, 2008.

We respectfully request Your Honor's approval for this extension.

Respectfully Submitted,

Andrew T. Solomon

Direct Line: (212) 660-3023

cc: Gary Svirsky, Esq.
    Laura A. Steinberg, Esq.

SO ORDERED
April __, 2008

                                       *George B. Daniels*
                                       Honorable George B. Daniels
                                       United States District Judge
                                       **HON. GEORGE B. DANIELS**

BOSTON  NEW YORK  WASHINGTON DC