# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
958,396-001

WRITER'S DIRECT DIAL
(212) 326-4305

WRITER'S E-MAIL ADDRESS
virsky@omm.com

May 23, 2008

*BY HAND*

**SO ORDERED**

The oral argument on both motions is scheduled for June 17, 2008 at 10:30 a.m.

*George B. Daniels* (signature)

**HON. GEORGE B. DANIELS**

MAY 3 0 2008

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re: *Beinecke v. S&H Marketing, Inc.*, No. 08-CV-2483 (GBD)

Dear Judge Daniels:

We represent Defendants S&H Marketing, Inc. and The Sperry and Hutchinson Company, Inc. in connection with the above-referenced matter. We write with the consent of Plaintiffs' counsel in connection with the Court's March 17, 2008 Order scheduling an initial Case Management Conference for June 3, 2008 at 9:30 a.m. ("Conference"). In light of Defendants' pending Motion to Transfer Venue to the Central District of California and Plaintiffs' Motion for Abstention and Remand, the parties respectfully suggest that holding the Conference now would be premature. Accordingly, the parties jointly request that the Court adjourn the Conference until the pending motions are resolved.

If, however, the Court wishes to proceed with the Conference now, then, because of scheduling conflicts, the parties request that it be rescheduled to June 17, 2008.

Respectfully submitted,

Gary Svirsky

encls.

cc: Laura Steinberg, Esq.