# O

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 16 2008

OUR FILE NUMBER
958,396-001

WRITER'S DIRECT DIAL
(212) 326-4305

WRITER'S E-MAIL ADDRESS
gsvirsky@omm.com

June 13, 2008

*BY HAND*

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 630
New York, New York 10007

SO ORDERED
The oral argument is adjourned to July 22, 2008 at 10:00 a.m.
HON. GEORGE B. DANIELS
JUN 16 2008

Re: *Beinecke v. S&H Marketing, Inc., No. 08-CV-2483 (GBD)*

Dear Judge Daniels:

We represent Defendants S&H Marketing, Inc. and The Sperry and Hutchinson Company, Inc. in connection with the above-referenced matter. We write with the consent of Plaintiffs' counsel concerning the scheduled June 17, 2008 oral argument on Defendants' pending Motion to Transfer Venue to the Central District of California and Plaintiffs' pending Motion for Abstention and Remand ("Oral Argument"). The parties respectfully request that this Court adjourn the Oral Argument for four weeks to allow them time to explore settlement, which they have recently begun discussing.

Respectfully submitted,

Gary Svirsky

cc: Laura Steinberg, Esq.