O

### O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | |
| BRUSSELS | 7 Times Square | |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DATE FILED: JUL 10 2008* — SAN FRANCISCO

OUR FILE NUMBER
958,396-001

WRITER'S DIRECT DIAL
(212) 326-4305

July 9, 2008

WRITER'S E-MAIL ADDRESS
gsvirsky@omm.com

BY HAND

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The oral argument is adjourned
to August 20, 2008 at 10:30 a.m.
JUL 10 2008  /s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: *Beinecke v. S&H Marketing, Inc.*, No. 08-CV-2483 (GBD)

Dear Judge Daniels:

We represent Defendants S&H Marketing, Inc. and The Sperry and Hutchinson Company, Inc. in connection with the above-referenced matter. We write with the consent of Plaintiffs' counsel concerning the July 22, 2008 oral argument on Defendants' pending Motion to Transfer Venue to the Central District of California and Plaintiffs' pending Motion for Abstention and Remand ("Oral Argument"). As the Court will recall, on June 13, 2008, the parties requested that the Court adjourn Oral Argument for four weeks to allow them time to explore settlement. The parties respectfully request an additional four-week adjournment to continue their discussions.

Respectfully submitted,

/s/ Gary Svirsky

Gary Svirsky

cc: Laura Steinberg, Esq.