# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
958,310-001

WRITER'S DIRECT DIAL
(212) 326-4305

WRITER'S E-MAIL ADDRESS
gsvirsky@omm.com

August 12, 2008

By Hand

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The oral argument is adjourned to October 22, 2008 at 10:00 a.m.

AUG 14 2008

*[signed]* George B. Daniels
HON. GEORGE B. DANIELS

Re: *Beinecke v. S&H Marketing, Inc.*, No. 08-CV-2483 (GBD)

Dear Judge Daniels:

We represent Defendants S&H Marketing, Inc. and The Sperry and Hutchinson Company, Inc. in connection with the above-referenced matter. We write with the consent of Plaintiffs' counsel concerning the August 20, 2008 oral argument on Defendants' pending Motion to Transfer Venue to the Central District of California and Plaintiffs' pending Motion for Abstention and Remand ("Oral Argument"). As the Court will recall, on June 13 and July 8, 2008, the parties requested that the Court adjourn Oral Argument to allow them time to explore settlement. The parties respectfully request an additional eight-week adjournment to try and resolve the matter.

Respectfully submitted,

*[signed]* Gary Svirsky

cc: Laura Steinberg, Esq.